IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

CAROL GRIFFIN, *
 *
   Claimant, *
 *
vs. * CASE NO. 6:04-CV-27 (HL)
 *
JO ANNE B. BARNHART, *
COMMISSIONER OF *
SOCIAL SECURITY, *
 *
   Defendant. * SOCIAL SECURITY APPEAL
_____

## RECOMMENDATION

Presently pending before the Court is Claimant's counsel's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). As allowed by the EAJA, counsel filed a motion for attorney's fees and costs on April 29, 2010, in the amount of $918.75 for 7.35 attorney work hours at a rate of $125.00 per hour. (Doc. 19). Respondent has no objection to the dollar amount requested by Claimant's counsel under the EAJA and agrees that any fees should be paid to Claimant's counsel because he provided a valid assignment from Claimant. (Doc. 20). Accordingly, Claimant's counsel has met hher burden, and it is recommended that the Motion for Attorney's Fees under the EAJA be granted in the amount requested.

**WHEREFORE**, it is the recommendation to the United States District Judge that Plaintiff's Motion for Attorney's fees pursuant to 28 U.S.C. § 2412(d) be **GRANTED** and that payment be paid and forwarded directly to Claimant's counsel in the amount of

$2,376.00. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to the Recommendation with the United States District Judge within fourteen (14) days after being served a copy.

**SO RECOMMENDED**, this 12th day of May, 2010.

                                      S/ G. MALLON FAIRCLOTH
                                      UNITED STATES MAGISTRATE JUDGE

eSw