**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

| | : | |
|---|---|---|
| **CAROL GRIFFIN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CASE NO. 6:04-CV-27 (HL) |
| | : | |
| | : | |
| **JO ANNE B. BARNHART, et al,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 22) filed May 13, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed..

**SO ORDERED,** this the 9th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**